806 A.2d 854

**PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Petitioner,**

v.

**Ronald GISLER, Respondent.**

Supreme Court of Pennsylvania.

Sept. 5, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of September, 2002, the judgment of the Superior Court entered December 22, 2000, is hereby REVERSED based upon this Court's decision in *Burstein v. Prudential Property and Casualty Insurance Company,* 2002 WL 1575094 (2002), holding that the regularly used, non-owned car exclusion contained in petitioner's automobile insur-

ance policy comports with the underlying policies of the Motor Vehicle Financial Responsibility Law, 75 Pa.C.S. § 1701 *et seq.*

Justice SAYLOR dissents, as he would remand to the Superior Court for reconsideration in light of *Burstein.*